IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT NELSON HOWELL, JR.,

Defendant.                                       No. 98-CR-30200-DRH

### ORDER

**HERNDON, Chief Judge:**

On November 7, 2011, defendant sent a letter to the Court which the Court construes as a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) under the retroactive crack cocaine guidelines (Doc. 395). Recently, the United States Sentencing Commission reduced the disparity between sentencing recommendations for certain powder cocaine and crack cocaine offenses. The retroactive application of these guidelines took effect on November 1, 2011. Pursuant to the Court's Administrative Order 137, the Federal Public Defender for the Southern District of Illinois is appointed to represent defendant regarding the motion.

**IT IS SO ORDERED**.

Signed this 7th day of November, 2011.

Digitally signed by
David R. Herndon
Date: 2011.11.07
13:40:39 -06'00'

**Chief Judge
United States District Judge**